# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID E. TYSKA & KARLA J. TYSKA  
4109 EATON DRIVE  
ROCKFORD, IL  61114  
SSN-xxx-xx-3077 & xxx-xx-1558  

Case Number: 04-70275

Case filed on: 1/20/2004  
Plan Confirmed on: 4/23/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $31,979.52            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 210 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 216 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID E. TYSKA | 0.00 | 0.00 | 81.97 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 81.97 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 8,300.00 | 8,300.00 | 8,300.00 | 4,274.70 |
| 002 | AMERICREDIT | 7,900.00 | 7,900.00 | 7,900.00 | 3,871.74 |
| 003 | LITTON LOAN SERVICING LP | 8,150.80 | 3,868.22 | 3,868.22 | 0.00 |
|  | Total Secured | 24,350.80 | 20,068.22 | 20,068.22 | 8,146.44 |
| 001 | AMERICAN GENERAL FINANCE | 3,919.05 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICREDIT | 3,460.33 | 0.00 | 0.00 | 0.00 |
| 004 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASPIRE VISA | 3,897.62 | 0.00 | 0.00 | 0.00 |
| 006 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 5,528.94 | 0.00 | 0.00 | 0.00 |
| 008 | DELL FINANCIAL | 1,540.62 | 0.00 | 0.00 | 0.00 |
| 009 | DR. CONCORAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PREMIER BANKCARD/CHARTER | 480.27 | 0.00 | 0.00 | 0.00 |
| 011 | LUYOR HOTEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NEXTEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 228.19 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | T-MOBILE | 21.14 | 0.00 | 0.00 | 0.00 |
| 017 | DELL FINANCIAL | 710.60 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD HEALTH SYSTEMS/ | 887.45 | 0.00 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 2,249.96 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 657.86 | 0.00 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 338.93 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,920.96 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 49,635.76 | 21,432.22 | 21,514.19 | 8,146.44 |

Total Paid Claimant:   $29,660.63  
Trustee Allowance:     $2,318.89  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007             By _/s/Heather M. Fagan_